**Order entered May 1, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00428-CV**

**IN THE INTEREST OF D.F.D. AND T.Z.D., CHILDREN**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-19199**

**ORDER**

Before the Court is appellant's April 29, 2020 objection to the notice of appearance filed on behalf of the Office of the Attorney General of Texas. We **DENY** appellant's objection.

/s/    BILL WHITEHILL
       JUSTICE